**Marlon ADAMS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 82781.**

Missouri Court of Appeals,
Eastern District,
Division Four.

Jan. 27, 2004.

Gwenda R. Robinson, St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Adriane Dixon Crouse, Jefferson City, MO, for respondent.

---

2. The motion for a new trial incorporates by reference Defendant's motion for a continuance.

Before BOOKER T. SHAW, P.J., LAWRENCE G. CRAHAN, J., and PATRICIA L. COHEN, J.

### ORDER

PER CURIAM.

Marlon Adams ("Movant") appeals the denial of his Rule 24.035 motion following an evidentiary hearing. We have reviewed the briefs of the parties and the record on appeal and conclude that the findings of the motion court are not clearly erroneous. Rule 24.035(k). An extended opinion would have no precedential value. We have, however, provided the parties a memorandum setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).